CAHILL GORDON & REINDEL LLP
SAMSON A. ENZER (*PHV Pending*)
senzer@cahill.com
HERBERT S. WASHER (*PHV Pending*)
hwasher@cahill.com
EDWARD N. MOSS (*PHV Pending*)
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY  10005
Telephone:    212 701 3000
Facsimile:    212 269 5420

CAHILL GORDON & REINDEL LLP
GREGORY STRONG (*PHV Pending*)
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE  19801
Telephone:    302 884 0001

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiffs YUCHEN "JUSTIN" SUN,
BLUE ANTHEM LIMITED, and BLACK
ANTHEM LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>                Plaintiffs,<br><br>        v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>                Defendant. | Case No. 26-cv-3360<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT'S MATERIALS SHOULD BE SEALED**<br><br>Judge:<br><br>Date Filed:  April 21, 2026<br><br>Trial Date:  None set |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs Yuchen "Justin" Sun, Blue Anthem Limited, and Black Anthem Limited (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby submit this Administrative Motion to Consider Whether Defendant's Material Should Be Sealed regarding limited portions of Plaintiffs' Complaint that reference material subject to a confidentiality provision.

Because of the confidentiality provision, Plaintiffs file this Administrative Motion pursuant to Civil Local Rule 79-5(f) to provide Defendant with the opportunity to establish that the material is sealable.  Plaintiffs take no position at this time on whether the designated portions satisfy the requirements for sealing and specifically reserve the right to challenge the confidentiality designation.  In compliance with the applicable rules, Plaintiffs have provisionally filed under seal the following portion of their filings:

| Documents | Portion(s) to be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Complaint | Redacted portions, as indicated on the highlighted version filed under seal | Defendant |

Pursuant to Civil Local Rule 79-5(f)(3), Defendant bears the burden of establishing that the designated material is sealable by filing a statement and/or declaration within seven (7) days of this Motion.  A failure to file such a statement or declaration may result in the unsealing of the provisionally sealed documents without further notice.

In accordance with Civil Local Rule 79-5, the following attachments accompany this Motion: (1) a proposed order that lists in table format each document or portion thereof sought to be sealed; and (2) an unredacted version of the document referenced above, with the portions for which sealing is sought highlighted.

///

///

///

///

6184024

WHEREFORE, Plaintiffs respectfully request that the Court permit the above-listed portions of the document to be provisionally filed under seal, pending the Court's ruling on any statement and/or declaration filed by Defendant.

Dated: April 21, 2026

KEKER, VAN NEST & PETERS LLP

By:  /s/ Robert A. Van Nest

ROBERT A. VAN NEST
STEVEN P. RAGLAND
BROOK DOOLEY
GAYATRI V. PARANJAPE

CAHILL GORDON & REINDEL LLP
SAMSON A. ENZER (*PHV Pending*)
HERBERT S. WASHER (*PHV Pending*)
EDWARD N. MOSS (*PHV Pending*)
JOHN S. MACGREGOR

CAHILL GORDON & REINDEL LLP
GREGORY STRONG (*PHV Pending*)

Attorneys for Plaintiffs YUCHEN "JUSTIN" SUN, BLUE ANTHEM LIMITED, and BLACK ANTHEM LIMITED

2
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER DEFENDANT'S MATERIALS SHOULD BE SEALED
Case No. 26-cv-3360

6184024