CAHILL GORDON & REINDEL LLP
SAMSON A. ENZER (*PHV Pending*)
senzer@cahill.com
HERBERT S. WASHER (*PHV Pending*)
hwasher@cahill.com
EDWARD N. MOSS (*PHV Pending*)
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY  10005
Telephone:     212 701 3000
Facsimile:      212 269 5420

CAHILL GORDON & REINDEL LLP
GREGORY STRONG (*PHV Pending*)
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE  19801
Telephone:     302 884 0001

Attorneys for Plaintiffs YUCHEN "JUSTIN" SUN,
BLUE ANTHEM LIMITED, and BLACK
ANTHEM LIMITED

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>            Plaintiffs,<br><br>       v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>            Defendant. | Case No. 26-cv-3360<br><br>**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:<br><br>Date Filed:  April 21, 2026<br><br>Trial Date:  None set |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs Yuchen "Justin" Sun, Blue Anthem Limited, and Black Anthem Limited, by and through their undersigned counsel, certify as follows:

1.    Blue Anthem Limited has no parent corporation, and no publicly held corporation holds an ownership interest of 10% or more in it.

2.    Black Anthem Limited has no parent corporation, and no publicly held corporation holds an ownership interest of 10% or more in it.

Dated:  April 21, 2026                                             KEKER, VAN NEST & PETERS LLP


                                                        By:    */s/ Robert A. Van Nest*
                                                               ROBERT A. VAN NEST
                                                               STEVEN P. RAGLAND
                                                               BROOK DOOLEY
                                                               GAYATRI V. PARANJAPE


                                                               CAHILL GORDON & REINDEL LLP
                                                               SAMSON A. ENZER (*PHV Pending*)
                                                               HERBERT S. WASHER (*PHV Pending*)
                                                               EDWARD N. MOSS (*PHV Pending*)
                                                               JOHN S. MACGREGOR

                                                               CAHILL GORDON & REINDEL LLP
                                                               GREGORY STRONG (*PHV Pending*)

                                                               Attorneys for Plaintiffs YUCHEN
                                                               "JUSTIN" SUN, BLUE ANTHEM
                                                               LIMITED, and BLACK ANTHEM
                                                               LIMITED

PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT
Case No. 26-cv-3360

6184018