CAHILL GORDON & REINDEL LLP
SAMSON A. ENZER (*PHV Pending*)
senzer@cahill.com
HERBERT S. WASHER (*PHV Pending*)
hwasher@cahill.com
EDWARD N. MOSS (*PHV Pending*)
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY  10005
Telephone:     212 701 3000
Facsimile:     212 269 5420

CAHILL GORDON & REINDEL LLP
GREGORY STRONG (*PHV Pending*)
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE  19801
Telephone:     302 884 0001

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiffs YUCHEN "JUSTIN" SUN,
BLUE ANTHEM LIMITED, and BLACK
ANTHEM LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>                    Plaintiffs,<br><br>          v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>                    Defendant. | Case No. 26-cv-3360<br><br>**PLAINTIFFS' L.R. 3-15 DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP**<br><br>Judge:<br><br>Date Filed:  April 21, 2026<br><br>Trial Date:  None set |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO DEFENDANT AND ITS COUNSEL OF RECORD:**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Individual/Entity | Citizenship of Individual/Entity |
|---|---|
| Yuchen "Justin" Sun | St. Kitts and Nevis |
| Blue Anthem Limited | United Kingdom (British Virgin Islands) |
| Black Anthem Limited | United Kingdom (British Virgin Islands) |

Dated:  April 21, 2026                                  KEKER, VAN NEST & PETERS LLP

                                                By:    /s/ Robert A. Van Nest
                                                       ROBERT A. VAN NEST
                                                       STEVEN P. RAGLAND
                                                       BROOK DOOLEY
                                                       GAYATRI V. PARANJAPE

                                                       CAHILL GORDON & REINDEL LLP
                                                       SAMSON A. ENZER (*PHV Pending*)
                                                       HERBERT S. WASHER (*PHV Pending*)
                                                       EDWARD N. MOSS (*PHV Pending*)
                                                       JOHN S. MACGREGOR

                                                       CAHILL GORDON & REINDEL LLP
                                                       GREGORY STRONG (*PHV Pending*)

                                                       Attorneys for Plaintiffs YUCHEN "JUSTIN" SUN, BLUE ANTHEM LIMITED, and BLACK ANTHEM LIMITED

PLAINTIFFS' L.R. 3-15 DISCLOSURE OF CONFLICTS, INTERESTED ENTITIES AND PERSONS, AND CITIZENSHIP
Case No. 26-cv-3360

6184019