**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>       Plaintiffs,<br><br>     v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>       Defendant. | Case No. 3:26-cv-03360-JD<br><br>**[PROPOSED] ORDER SEALING DEFENDANT'S INFORMATION**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |

**[PROPOSED] ORDER**

Before the Court is Defendant World Liberty Financial LLC's ("World Liberty") Declaration in Support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (Dkt. No. 3).

The Court finds that compelling reasons support the sealing of the Complaint as specified in this Order.  The Court's ruling on the sealing request is set forth in the table below:

| Document | Information Sought to be Sealed | Proffered Reason for Sealing | Ruling |
|---|---|---|---|
| Dkt. No. 3 - Complaint | Portions highlighted on pages 5, 21-28, 44-46, 48-50 | Contains confidential, non-public, and competitively sensitive information related to World Liberty's contractual terms. *See* J. Judah's Declaration In Support Of Plaintiffs' Administrative Motion To Consider Whether Another Party's Materials Should be Sealed, ¶¶ 6-9. | |

**IT IS SO ORDERED.**

DATED: _____          _____

The Honorable James Donato
United States District Judge