**CAHILL GORDON & REINDEL LLP**
SAMSON A. ENZER (admitted *pro hac vice*)
senzer@cahill.com
HERBERT S. WASHER (admitted *pro hac vice*)
hwasher@cahill.com
EDWARD N. MOSS (admitted *pro hac vice*)
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY 10005
Telephone: 212 701 3000
Facsimile: 212 269 5420

GREGORY STRONG (admitted *pro hac vice*)
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Telephone: 302 884 0001

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
*Attorneys for Plaintiffs*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6600
Fax:    (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:    (202) 538-8000
Fax:    (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:    (212) 849-7000
Fax:    (212) 849-7100

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.), <br><br> Defendant. | Civil Action No. 3:26-cv-3360-JD <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSIVE PLEADING PURSUANT TO LOCAL RULE 6-1(a)** <br><br> Judge: Hon. James Donato |

## JOINT STIPULATION

Pursuant to Local Rule 6-1(a), Plaintiffs Yuchen "Justin" Sun ("Mr. Sun"), Blue Anthem Limited ("Blue Anthem"), and Black Anthem Limited ("Black Anthem") (collectively, "Plaintiffs"), and Defendant World Liberty Financial LLC (f/k/a World Liberty Financial, Inc.) ("World Liberty"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on April 21, 2026 (ECF 1);

WHEREAS, Plaintiffs served Defendant on April 28, 2026 (ECF 26);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendant's deadline to respond to Plaintiffs' Complaint is on or before May 19, 2026;

WHEREAS, Civil L.R. 6-1(a) provides that the "[p]arties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order.";

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, this extension is not sought for the purpose of undue delay and no party will be prejudiced by the brief extension of time;

ACCORDINGLY, pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate without court order that: (1) Defendant's deadline to answer the Plaintiffs' Complaint shall be extended by fourteen (14) days, up to and including June 2, 2026.

DATED:  May 15, 2026

By:  */s/* John S. MacGregor

**CAHILL GORDON & REINDEL LLP**
SAMSON A. ENZER (admitted *pro hac vice*)
senzer@cahill.com
HERBERT S. WASHER (admitted *pro hac vice*)
hwasher@cahill.com

Respectfully submitted,

By:  */s/* James D. Judah

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com

EDWARD N. MOSS (admitted *pro hac vice*)
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY 10005
Telephone: 212 701 3000
Facsimile: 212 269 5420

GREGORY STRONG (admitted *pro hac vice*)
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Telephone: 302 884 0001

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
*Attorneys for Plaintiffs*

50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6600
Fax:    (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:    (202) 538-8000
Fax:    (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:    (212) 849-7000
Fax:    (212) 849-7100
*Attorneys for Defendant*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:   May 15, 2026                    By:    */s/ James D. Judah*
                                                James D. Judah

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

                                         By:    */s/ James D. Judah*
                                                James D. Judah