**CAHILL GORDON & REINDEL LLP**
SAMSON A. ENZER (admitted *pro hac vice*)
senzer@cahill.com
HERBERT S. WASHER (admitted *pro hac vice*)
hwasher@cahill.com
EDWARD N. MOSS
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY 10005
Telephone: 212 701 3000
Facsimile: 212 269 5420

GREGORY STRONG (admitted *pro hac vice*)
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Telephone: 302 884 0001

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
*Attorneys for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:   (415) 875-6600
Fax:   (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:   (202) 538-8000
Fax:   (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:   (212) 849-7000
Fax:   (212) 849-7100

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Civil Action No. 3:26-cv-3360-JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME PURSUANT TO CIVIL LOCAL RULE 6-1(b)**<br><br>Judge:       Hon. James Donato<br>Date Filed:   April 21, 2026<br>Trial Date:    None set |

No. 3:26-cv-3360-JD — - 1 -   JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME PURSUANT TO L.R. 6-1(b)

**JOINT STIPULATION**

Pursuant to Civil L.R. 6-1(b), Plaintiffs Yuchen "Justin" Sun ("Mr. Sun"), Blue Anthem Limited ("Blue Anthem"), and Black Anthem Limited ("Black Anthem") (collectively, "Plaintiffs"), and Defendant World Liberty Financial LLC (f/k/a World Liberty Financial, Inc.) ("World Liberty"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on April 21, 2026 (ECF No. 1);

WHEREAS, the parties stipulated on May 15, 2026 to extend the deadline for Defendant's response to the Complaint to June 2, 2026 (ECF No. 36);

WHEREAS, Defendant anticipates filing a motion to compel arbitration and a motion to dismiss the Complaint;

WHEREAS, pursuant to Civil Local Rule 7-3(a), Plaintiffs' deadline to file oppositions to Defendant's forthcoming motions is on or before 14 days from the date Defendant's motions are filed and served;

WHEREAS, pursuant to Civil Local Rule 7-3(c), Defendant's deadline to file replies to Plaintiffs' oppositions to Defendant's forthcoming motions is on or before 7 days from the date Plaintiffs' opposition(s) are filed and served;

WHEREAS, Civil Local Rule 6-1(b) provides that the "[a] Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint). A request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant to Civil L.R. 6-3. Any stipulated request or motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 14 days before the scheduled event";

WHEREAS the Plaintiffs and Defendant have reached an agreement to extend the briefing schedule for Defendant's forthcoming motion(s) for the reasons set forth in the declarations submitted herewith;

WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court Order;

WHEREAS, this extension is not sought for the purpose of undue delay and no party will be prejudiced by the brief extension of time;

ACCORDINGLY, pursuant to Civil Local Rule 6-1(b), Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate and request a court order that: (1) Plaintiffs' deadline to file opposition(s) to Defendant's motion(s) in response to the complaint shall be extended by twenty-eight (28) days, for a total of forty-two (42) days from the date Defendant's motion(s) are filed and served (i.e., July 14, 2026); and (2) Defendant's deadline to file a reply or replies shall be extended by seven (7) days, for a total of fourteen (14) days from the date Plaintiffs' opposition(s) are filed and served (i.e., July 28, 2026).

DATED:  May 19, 2026

By:  */s/ Brook Dooley*

**CAHILL GORDON & REINDEL LLP**
SAMSON A. ENZER
senzer@cahill.com
HERBERT S. WASHER
hwasher@cahill.com
EDWARD N. MOSS
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY 10005
Telephone: 212 701 3000
Facsimile: 212 269 5420

GREGORY STRONG
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Telephone: 302 884 0001

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street

Respectfully submitted,

By:  */s/ James D. Judah*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6600
Fax:    (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:    (202) 538-8000
Fax:    (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:    (212) 849-7000
Fax:    (212) 849-7100
*Attorneys for Defendant*

San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:   May 19, 2026                           By:   _/s/ James D. Judah_
                                                        James D. Judah


**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

                                                By:   _/s/ James D. Judah_
                                                        James D. Judah

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Civil Action No. 3:26-cv-3360-JD<br><br>**[PROPOSED] ORDER EXTENDING TIME PURSUANT TO LOCAL RULE 6-1(b)**<br><br>Judge:      Hon. James Donato<br>Date Filed:  April 21, 2026<br>Trial Date:   None set |

## [PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME PURSUANT TO LOCAL RULE 6-1(b)

**THIS MATTER** came before the Court on the parties' Joint Stipulation To Extend Time Pursuant To Local Rule 6-1(B) filed on May 19, 2026.  Having considered the Joint Stipulation of the parties, the Court **ORDERS** as follows:

1.  Plaintiffs' deadline to file opposition(s) to Defendant's motion(s) in response to the complaint shall be extended by twenty-eight (28) days, for a total of forty-two (42) days from the date Defendant's motion(s) are filed and served (i.e., July 14, 2026); and

2.  Defendant's deadline to file a reply or replies shall be extended by seven (7) days, for a total of fourteen (14) days from the date Plaintiffs' opposition(s) are filed and served (i.e., July 28, 2026).

**PURSUANT TO STIPULATION, IT IS SO ORDERED** on this ____ day of May, 2026.

_____
Hon. James Donato.
FEDERAL DISTRICT COURT JUDGE FOR THE NORTHERN DISTRICT OF CALIFORNIA