**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6600
Fax:    (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:    (202) 538-8000
Fax:    (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:    (212) 849-7000
Fax:    (212) 849-7100

*Attorneys for Defendant World Liberty Financial LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Case No. 3:26-cv-03360-JD<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME PURSUANT TO CIVIL LOCAL RULE 6-1(b)**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 18, 2026<br><br>Trial Date: None Set |

I, James Judah, declare as follows:

1.      I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant World Liberty Financial LLC ("World Liberty") in this action.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      I am making this declaration pursuant to Civil Local Rules 6-1(b) and 6-2(a) in support of the Joint Stipulation and [Proposed] Order to Extend Time Pursuant to Local Rule 6-1(b) ("Joint Extension Request") being filed currently.

3.      On May 15, 2026, the parties to the above captioned matter filed a joint stipulation wherein the parties agreed to extend the deadline for Defendant to file its response to the Complaint by fourteen (14) days up to and including June 2, 2026. (ECF No. 36). This is the only previous time modifications in this case.

4.      Defendant anticipates filing two motions on June 2, 2026 in response to the Complaint: a motion to compel arbitration and a motion to dismiss (Defendant's Motions").

5.      The Joint Extension Request proposes an extension to Plaintiffs' deadline to file its opposition briefs to Defendant's Motions by twenty-eight (28) days to July 14, 2026.  The Joint Extension Request also proposes an extension to Defendant's deadline to file its reply briefs by seven (7) days to July 28, 2026.

6.      Pursuant to Civil Local Rule 7-3(c), without an extension, the deadline for Defendant's reply briefs would be July 21, 2026.  Counsel for Defendant requests a short, seven-day extension, up to and including July 28, 2026, to accommodate the concurrent preparation of two reply briefs. Moreover, counsel for Defendant has previously planned travel in July, including between July 14 and July 28, that will affect counsel's ability to complete briefing and confer with the client as required.

7.      The requested extension will have no impact on the schedule for this case as no scheduling order has been issued.

-1-
DECLARATION OF JAMES JUDAH ISO JOINT STIPULATION TO EXTEND TIME
Case No. 3:26-cv-03360-JD

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.  Executed in Hillsborough, CA on May 18, 2026.


*/s/ James D. Judah*
James D. Judah

DECLARATION OF JAMES JUDAH ISO JOINT STIPULATION TO EXTEND TIME
Case No. 3:26-cv-03360-JD