CAHILL GORDON & REINDEL LLP
SAMSON A. ENZER (*PHV Pending*)
senzer@cahill.com
HERBERT S. WASHER (*PHV Pending*)
hwasher@cahill.com
EDWARD N. MOSS (*PHV Pending*)
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY  10005
Telephone:    212 701 3000
Facsimile:    212 269 5420

CAHILL GORDON & REINDEL LLP
GREGORY STRONG (*PHV Pending*)
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE  19801
Telephone:    302 884 0001

KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiffs YUCHEN "JUSTIN" SUN,
BLUE ANTHEM LIMITED, and BLACK
ANTHEM LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>              Plaintiffs,<br><br>      v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>              Defendant. | Case No. 3:26-cv-03360-JD<br><br>**DECLARATION OF BROOK DOOLEY IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME PURSUANT TO CIVIL LOCAL RULE 6-1(B)**<br><br>Dept:        Courtroom 11 – 19th Floor<br>Judge:      Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date:  None set |

I, Brook Dooley, declare:

1.      I am a member of the bar of the State of California and an attorney at Keker, Van Nest & Peters LLP, attorneys for Plaintiffs Yuchen "Justin" Sun, Blue Anthem Limited and Black Anthem Limited in this action.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      I am making this declaration pursuant to Civil Local Rules 6-1(b) and 6-2(a) in support of the Joint Stipulation and [Proposed] Order to Extend Time Pursuant to Local Rule 6-1(b) ("Joint Extension Request") being filed currently.

3.      On May 15, 2026, the parties to the above captioned matter filed a joint stipulation wherein the parties agreed to extend the deadline for Defendant to file its response to the Complaint by fourteen (14) days up to and including June 2, 2026. (ECF No. 36).  This is the only previous time modification in this case.

4.      I understand that Defendant anticipates filing two motions on June 2, 2026, in response to the Complaint: a motion to compel arbitration and a motion to dismiss (Defendant's Motions").

5.      The Joint Extension Request proposes an extension to Plaintiffs' deadline to file its opposition briefs to Defendant's Motions by twenty-eight (28) days to July 14, 2026.  The Joint Extension Request also proposes an extension to Defendant's deadline to file its reply briefs by seven (7) days to July 28, 2026.

6.      Pursuant to Civil Local Rule 7-3(a), without an extension, the deadline for Plaintiffs' opposition briefs would be June 16, 2026.  Counsel for Plaintiffs requests a twenty-eight (28) day extension, up to and including July 14, 2026, to accommodate the concurrent preparation of two opposition briefs. Moreover, counsel for Plaintiffs has previously planned travel over the summer months, including between June 6 and June 21, that will affect counsel's ability to complete briefing and confer with the client as required.

7.      The requested extension will have no impact on the schedule for this case as no scheduling order has been issued.

Executed at San Francisco, California, on May 17, 2026.

1

DECLARATION OF BROOK DOOLEY IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME PURSUANT TO CIVIL LOCAL RULE 6-1(B)
Case No. 3:26-cv-03360-JD

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Brook Dooley*
BROOK DOOLEY

2