**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Case No. 3:26-cv-03360-JD<br><br>**DECLARATION OF SCOTT ALPER IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |

I, Scott Alper, declare as follows:

1. I am a board member of WLF Holdco LLC, which holds the only membership interest in World Liberty Financial LLC ("World Liberty"), and an authorized signatory for World Liberty. I submit this affidavit on behalf of World Liberty in support of World Liberty's Motion to Compel Arbitration and Stay Case (the "Motion"), against Yuchen (Justin) Sun, Black Anthem Limited ("Black Anthem"), and Blue Anthem Limited ("Blue Anthem," collectively, "Plaintiffs").

2. World Liberty is a decentralized finance company that was founded in 2024 by cryptocurrency industry leaders, including Zachary Folkman, Chase Herro, and Zach Witkoff, among others. World Liberty seeks to provide access to decentralized finance applications through the use of blockchain technology.

3. In October 2024, World Liberty launched a cryptocurrency token called $WLFI, which gives holders certain governance rights related to World Liberty's protocol. The tokens carry no economic or other rights.

4. On November 25, 2024, Blue Anthem purchased two billion non-transferable tokens for $0.015 per token, for a total purchase price of $30 million. This transaction was governed by the World Liberty Financial Token Purchase Agreement, effective as of November 25, 2024 ("TPA"). A true and correct copy of the TPA is attached as Exhibit 1.

5. Separately, Blue Anthem agreed to serve as an Advisor to World Liberty and received one billion $WLFI tokens. This grant was governed by the World Liberty Financial Advisor Token Agreement, effective as of November 25, 2024 ("ATA"). A true and correct copy of the ATA is attached as Exhibit 2.

6. [redacted] A true and correct copy of the [redacted] is attached as Exhibit 3.

7. The [redacted] made unlocking contingent on Blue Anthem assenting to the Token Unlock Agreement ("TUA"). The TUA incorporates by reference the World Liberty Terms of Service. A true and correct copy of the version of the Terms of Service in place as of September 1, 2025 is attached as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2026.

*/s/ Scott Alper*
Scott Alper