**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Case No. 3:26-cv-03360-JD<br><br>**DECLARATION OF COREY CAPLAN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |

I, Corey Caplan, declare as follows:

1. I am the Chief Technology Officer ("CTO") of World Liberty Financial LLC ("World Liberty"). I submit this affidavit on behalf of World Liberty in support of World Liberty's Motion to Compel Arbitration and Stay Case (the "Motion"), against Yuchen (Justin) Sun, Black Anthem Limited, and Blue Anthem Limited (collectively, "Plaintiffs").

2. Through my role as CTO of World Liberty, I am familiar with World Liberty's token sale portal (the "Token Sales Portal"), which is accessed through the World Liberty website (https://worldlibertyfinancial.com/) and hosted on the Ethereum blockchain network. I was involved in the development of the Token Sales Portal and oversee its operations.

3. In order to purchase $WLFI tokens on the Token Sale Portal, a user is required to engage in a number of steps. Those steps include:

a. The user must authenticate its wallet using Sign-In With Ethereum ("SIWE"). That step includes providing a wallet address (that is part of the Ethereum blockchain network's public ledger), which is then associated in World Liberty's internal database with a user ID.

b. Once the user authenticates its wallet, the Token Sales Portal creates an authenticated portal session.

c. The user then enters a purchase amount.

d. Once the user enters a purchase amount, the Token Sales Portal automatically displays the World Liberty Terms of Sale (either the U.S. version or the international/non-U.S. version, as applicable for each user). A true and correct copy of the international/non-U.S. Terms of Sale is attached hereto as Exhibit A.

e. The user is then required to scroll through the terms of the Terms of Sale, and then click "Accept terms." If the user does not scroll through the terms of the Terms of Sale, and then click "Accept terms," the token purchase will not be completed, and the user will have to restart the process.

f. Once the user scrolls through the terms of the Terms of Sale, and clicks "Accept terms," World Liberty's backend authorization gate validates the authenticated session, the

wallet setup, and the acceptance of the Terms of Sale. Once that validation is completed, the backend authorization gate releases the authorization signature for the transaction.

g. The transaction is then submitted on-chain (i.e., to the Ethereum blockchain network). The Ethereum blockchain network then verifies the transaction's backend authorization signature. Once that verification is completed, the transaction succeeds and is visible on the Ethereum blockchain network's public ledger.

4. Blue Anthem Limited ("Blue Anthem") has purchased $WLFI tokens on the Token Sale Portal several times, and has undergone this process each time. The wallet address used by Blue Anthen in each of its purchases is: 0x5ab26169051d0d96217949adb91e86e51a5fda74 (aka, "TRON DAO"), which is associated in World Liberty's database with an internal user ID.

5. Blue Anthem went through this process on November 25, 2024 when it purchased 2,000,000,000 $WLFI tokens through the Token Sale Portal. As part of that transaction, Blue Anthem (i.e., the user ID 948e0e23-1769-438a-a54d-3e72fc2182ea, associated with the wallet address 0x5ab26169051d0d96217949adb91e86e51a5fda74) clicked "Accept terms" on the international/non-U.S. Terms of Sale. That transaction was completed at 12:17:35 PM (UTC-5) on November 25, 2024, and is available to view on the Ethereum blockchain network's public ledger at https://etherscan.io/tx/0x0560495eb3986a085e7f595302f1c35297acbe60aab9c440566 4c3ccfb7601cc.

6. Blue Anthem went through this process again on January 19, 2025, when it purchased 1,000,000 $WLFI tokens through the Token Sale Portal. As part of that transaction, Blue Anthem (i.e., the user ID associated with the wallet address 0x5ab26169051d0d96217949adb91e86e51a5fda74) clicked "Accept terms" on the international/non-U.S. Terms of Sale. That transaction was completed at 8:56:35 PM (UTC-5) on January 19, 2025, and is available to view on the Ethereum blockchain network's public ledger at https://etherscan.io/tx/0xfe7b013387b232780601e977ee2df8e1ee39ba80135122775064fa f706b467e8.

7. World Liberty utilizes a similar process with its $WLFI token unlock portal (the "Token Unlock Portal"), which is also accessed through the World Liberty website

(https://worldlibertyfinancial.com/) and hosted on the Ethereum blockchain network. Specifically, in order to unlock tokens, a user is required to go through the following steps, including:

a. The user must create an authenticated portal session via SIWE.

b. The Token Unlock Portal then automatically displays the World Liberty Token Unlock Agreement. A true and correct copy of the Token Unlock Agreement is attached hereto as Exhibit B.

c. The user is then required to scroll through the terms of the Token Unlock Agreement, and then click "Accept terms." If the user does not scroll through the terms of the Token Unlock Agreement, and then click "Accept terms," the token unlock will not be completed and the user will have to restart the process.

d. Once the user scrolls through the terms of the Token Unlock Agreement, and clicks "Accept terms," World Liberty's backend authorization gate validates the authenticated session, the wallet setup, and the acceptance of the Token Unlock Agreement. Once that validation is completed, the backend authorization gate releases the authorization signature for the transaction.

e. The user then submits the transaction on-chain (i.e., to the Ethereum blockchain network). The Ethereum blockchain network then verifies the transaction's backend authorization signature. Once that verification is completed, the transaction succeeds and is visible on the Ethereum blockchain network's public ledger.

8. Blue Anthem went through this process on September 1, 2025, when it unlocked $WLFI tokens through the Token Unlock Portal. As part of that transaction, Blue Anthem (i.e., the user ID associated with the wallet address 0x5ab26169051d0d96217949adb91e86e51a5fda74) clicked "Accept terms" on the Token Unlock Agreement. That transaction was completed at 10:15:35 AM (UTC-04) on September 1, 2025, and is available to view on the Ethereum blockchain network's public ledger at https://etherscan.io/tx/0x85decfc567900e67f0e41d1c42ea0cdf8db6d14871f98b11360df5087f215150.

[*signature page follows*]

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2026.

*/s/ Corey Caplan*
Corey Caplan