**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Case No. 3:26-cv-03360-JD<br><br>**DECLARATION OF SAM CLEVELAND IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |

I, Sam Cleveland, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorney for Defendant World Liberty Financial LLC ("World Liberty") in the above matter. I make this declaration based on my personal knowledge. If called and sworn as a witness, I could and would competently testify as to the facts set forth in this Declaration.

2. On November 19, 2025, Plaintiffs sent World Liberty a draft arbitration demand. A true and correct copy of that arbitration demand is attached as **Exhibit 5**.

3. Attached hereto as **Exhibit 6** is a true and correct copy of the AAA Commercial Arbitration Rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on June 2, 2026.

*/s/ Sam Cleveland*
Sam Cleveland