**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,

Plaintiffs,

v.

WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),

Defendant.

Case No. 3:26-cv-03360-JD

**[PROPOSED] ORDER GRANTING DEFENDANT WORLD LIBERTY FINANCIAL LLC'S MOTION TO COMPEL ARBITRATION AND STAY CASE**

Date: August 20, 2026
Time: 10:00 a.m.
Courtroom: 11

Judge: Hon. James Donato

Date Filed: April 21, 2026

Trial Date: None Set

**[PROPOSED] ORDER**

The Court having considered World Liberty Financial LLC's ("World Liberty") Motion to Compel Arbitration and Stay Case and all briefing, evidence, and argument submitted in support of the Motion and opposition thereto, and good cause appearing therefore, hereby **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that Plaintiffs Blue Anthem Limited's and Black Anthem Limited's claims must be adjudicated in arbitration. This action is STAYED pending the resolution of arbitration.

**IT IS SO ORDERED.**

DATED: ________________________

________________________________
The Honorable James Donato
United States District Judge