**CAHILL GORDON & REINDEL LLP**
SAMSON A. ENZER (admitted *pro hac vice*)
senzer@cahill.com
HERBERT S. WASHER (admitted *pro hac vice*)
hwasher@cahill.com
EDWARD N. MOSS (admitted *pro hac vice*)
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY 10005
Telephone: 212 701 3000
Facsimile: 212 269 5420

GREGORY STRONG (admitted *pro hac vice*)
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Telephone: 302 884 0001

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
*Attorneys for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6600
Fax:    (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:    (202) 538-8000
Fax:    (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:    (212) 849-7000
Fax:    (212) 849-7100

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Civil Action No. 3:26-cv-3360-JD<br><br>**JOINT STIPULATION [AND PROPOSED ORDER]TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Judge:        Hon. James Donato<br>Date Filed:  April 21, 2026<br>Trial Date:   None set |

Civil Action No. 3:26-cv-3360-JD

Pursuant to Civil L.R. 6-2, and this Court's Standing Order for Civil Cases ¶ 7, Plaintiffs Yuchen "Justin" Sun ("Mr. Sun"), Blue Anthem Limited ("Blue Anthem"), and Black Anthem Limited ("Black Anthem") (collectively, "Plaintiffs"), and Defendant World Liberty Financial LLC (f/k/a World Liberty Financial, Inc.) ("Defendant" or "World Liberty"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, on April 27, 2026, the Court set the initial Case Management Conference in this case for July 30, 2026.  ECF No. 19.

WHEREAS, on June 2, 2026, World Liberty filed its Motion to Compel Arbitration and its Motion to Dismiss.  ECF Nos. 40-41.

WHEREAS, on June 5, 2026, this Court entered an order granting the parties' joint stipulation to extend the briefing deadlines for the Motion to Compel Arbitration, and *sua sponte* ordered that briefing on the Motion to Dismiss was stayed pending further order.  ECF No. 44.

WHEREAS, the hearing on World Liberty's Motion to Compel Arbitration is currently scheduled for August 20, 2026, three weeks after the initial Case Management Conference.  ECF No. 40.

WHEREAS, Civil L.R. 6-1(b) provides that "[a] Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint).  A request for a Court order enlarging or shortening time may be made by written stipulation pursuant to Civil L.R. 6-2 or motion pursuant to Civil L.R. 6-3.  Any stipulated request or motion which affects a hearing or proceeding on the Court's calendar must be filed no later than 14 days before the scheduled event."

WHEREAS, this Court's Standing Order for Civil Cases ¶ 7 provides that "[a]ny request to reschedule a case management conference must be made in writing, by stipulation if possible, not less than 10 calendar days before the conference date.  Good cause must be shown.  The conference date will not be rescheduled unless the Court grants the request.  Parties cannot change the date by stipulation."

13437-00001/18419587.1

Civil Action No. 3:26-cv-3360-JD

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE

WHEREAS, good cause exists to reschedule the initial Case Management Conference pending resolution of Defendant's Motion to Compel Arbitration.  Proceeding with the initial Case Management Conference before the Motion to Compel Arbitration is even heard, let alone decided, would be premature and inefficient.  If the request to compel arbitration is granted, certain claims, but not necessarily all claims, of Plaintiffs Blue Anthem Limited and Black Anthem Limited will be resolved in arbitration, and, if the accompanying request to stay is granted, any claims not sent to arbitration will be stayed, rendering the initial Case Management Conference and any case schedule set therein moot.

WHEREAS, this Court has previously vacated initial case management conferences pending resolution of a motion to compel arbitration.  *See Faridian v. DoNotPay, Inc.*, No. 3:23-cv-01692-JD, Dkt. No. 41 (N.D. Cal. June 16, 2023) (vacating initial CMC and discovery hearing "pending further order" while motion to compel arbitration was under submission).  More broadly, this Court has also vacated initial case management conferences *sua sponte* when a threshold dispositive motion is pending.  *See Cherkin v. PowerSchool Holdings, Inc.*, No. 3:24-cv-02706-JD, Dkt. No. 51 (N.D. Cal. Nov. 5, 2024) (vacating initial CMC and stating the Court would issue a scheduling order after resolving pending motion to dismiss); *see also Quamina v. JustAnswer LLC,* No. 3:22-cv-06051-JD, Dkt. No. 30 (N.D. Cal. Jan. 11, 2023) (continuing case management conference in light of pending motion to compel arbitration);

WHEREAS, separate and apart from the above, good cause further exists because lead counsel for Defendant has a pre-existing conflict on July 30, 2026, and the Court's Standing Order for Civil Cases ¶ 5 requires that "[f]or parties with counsel, each party must be represented at the case management conference by **lead counsel** prepared to address all pertinent matters and with authority to enter into stipulations and make admissions.";

WHEREAS, in light of the above, Plaintiffs and Defendant have reached an agreement to reschedule the Case Management Conference currently set for July 30, 2026 to a date 30 days after the issuance of a decision on Defendant's Motion to Compel Arbitration (ECF No. 40), or at the

Court's earliest convenience thereafter, for the reasons set forth herein and in the declarations submitted herewith.

WHEREAS, other than the Case Management Conference currently scheduled for July 30, 2026 (ECF No. 19), this extension of time will not alter the date of any unrelated event or any deadline already fixed by Court Order.

WHEREAS, this extension is not sought for the purpose of undue delay and no party will be prejudiced by the brief extension of time.

ACCORDINGLY, pursuant to Civil L.R. 6-2 and this Court's Standing Order for Civil Cases ¶ 7, Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate and request a court order to reschedule the Case Management Conference currently set for July 30, 2026 (ECF No. 19), should a Case Management Conference be necessary following adjudication of Defendants' Motion to Compel Arbitration, to 30 days after the issuance of a decision on Defendant's Motion to Compel Arbitration (ECF No. 40), or at the Court's earliest convenience thereafter.

DATED:  July 9, 2026

Respectfully submitted,

By:  */s/ Samson A. Enzer*

**CAHILL GORDON & REINDEL LLP**
SAMSON A. ENZER (admitted *pro hac vice*)
senzer@cahill.com
HERBERT S. WASHER (admitted *pro hac vice*)
hwasher@cahill.com
EDWARD N. MOSS (admitted *pro hac vice*)
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY 10005
Telephone: 212 701 3000
Facsimile: 212 269 5420

GREGORY STRONG (admitted *pro hac vice*)

By:  */s/ James D. Judah*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6600
Fax:    (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:    (202) 538-8000
Fax:    (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com

gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Telephone: 302 884 0001

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorneys for Plaintiffs*

samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:    (212) 849-7000
Fax:    (212) 849-7100

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

Dated:   July 9, 2026                          By:    _/s/ James D. Judah_
                                                       James D. Judah

**Certificate of Service**

I hereby certify that on July 9, 2026, I filed a true and correct copy of the foregoing document with the Court's CM/ECF system, which sent a notification of such filing to all parties who have appeared in this matter.

Dated:   July 9, 2026                          By:    _/s/ James D. Judah_
                                                       James D. Judah

-1-                          Civil Action No. 3:26-cv-3360-JD
JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT
CONFERENCE

13437-00001/18419587.1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,

Plaintiffs,

v.

WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),

Defendant.

Case No. 3:26-cv-03360-JD

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE PENDING A RULING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION.**

Judge:      Hon. James Donato
Date Filed: April 21, 2026
Trial Date:      None set

Case No. 3:26-cv-03360-JD

13437-00001/18419587.1

**[PROPOSED] ORDER**

Before the Court is the Joint Stipulation of Defendant World Liberty Financial LLC ("World Liberty"), and Plaintiffs Yuchen "Justin" Sun, Blue Anthem Limited, and Black Anthem Limited (collectively the "Parties"), to Reschedule the Case Management Conference Pending Resolution of Defendant's Motion to Compel Arbitration. ECF No. 46. The Parties stipulate to reschedule the Case Management Conference currently set for July 30, 2026, (ECF No. 19), should a Case Management Conference be necessary following adjudication of Defendants' Motion to Compel Arbitration, to 30 days after the issuance of a decision on Defendant's Motion to Compel Arbitration (ECF No. 40), or at the Court's earliest convenience thereafter.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** that the Case Management Conference currently set for July 30, 2026, is continued to 30 days following the Court's ruling on Defendant's Motion to Compel Arbitration (ECF No. 40).

DATED: _____

_____
The Honorable James Donato
United States District Judge

Case No. 3:26-cv-03360-JD

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE

13437-00001/18419587.1