QUINN EMANUEL URQUHART & SULLIVAN LLP
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6600
Fax:    (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:    (202) 538-8000
Fax:    (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:    (212) 849-7000
Fax:    (212) 849-7100

*Attorneys for Defendant World Liberty Financial LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.), <br><br> Defendant. | Case No. 3:26-cv-03360-JD <br><br> **DECLARATION OF JAMES D. JUDAH IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF DEFENDANT'S MOTION TO COMPEL ARBITRATION** <br><br> Judge: Hon. James Donato <br><br> Date Filed: April 21, 2026 <br><br> Trial Date: None Set |

I, James Judah, declare as follows:

1.      I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant World Liberty Financial LLC ("World Liberty") in this action.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      I am making this declaration pursuant to Civil Local Rule 6-2 in support of the Joint Stipulation and [Proposed] Order to Reschedule the Case Management Conference Pending Resolution of Defendant's Motion to Compel Arbitration ("Joint Stipulation") being filed concurrently herewith.

3.      On April 27, 2026, the Court set the initial Case Management Conference in this case for July 30, 2026.  ECF No. 19.

4.      On May 15, 2026, the parties filed a joint stipulation wherein the parties agreed to extend the deadline for Defendant to file its response to the Complaint by fourteen (14) days.  ECF No. 36.  On May 19, 2026, the parties filed a joint stipulation to extend the briefing deadlines for Defendant's Motion to Compel Arbitration and Motion to Dismiss.  ECF No. 37.  On June 5, 2026, the Court entered an order granting the parties' joint stipulation to extend the briefing deadlines for the Motion to Compel Arbitration.  ECF No. 44.  The Court *sua sponte* ordered that briefing on the Motion to Dismiss was stayed pending further order.  *Id.*  These are the only previous time modifications in this case.

5.      On June 2, 2026, Defendant filed its Motion to Compel Arbitration and its Motion to Dismiss.  ECF Nos. 40-41.

6.      On June 9, 2026, counsel for Defendant emailed counsel for Plaintiffs to propose a stipulation to reschedule the July 30, 2026, Case Management Conference until after the Court resolves the pending Motion to Compel Arbitration and Motion to Dismiss.

7.      On July 2, 2026, counsel for Defendant and counsel for Plaintiffs met and conferred via video conference.  The parties agreed to submit a joint stipulation requesting the Case Management Conference be continued pending resolution of Defendant's Motion to Compel Arbitration.  The parties request this continuance so that the Case Management Conference, should

one be necessary, may be informed by the Court's resolution of the threshold question of arbitrability, and to avoid initial discovery disclosures and the need for a case schedule that may be mooted by that ruling. The parties also request this continuance because lead counsel for Defendant has a pre-existing conflict on July 30, 2026 that would prevent Defendant's lead counsel from being present for the Case Management Conference, as required by the Court's individual rules.

8.    Other than the Case Management Conference currently scheduled for July 30, 2026 (ECF No. 19), the Joint Stipulation will not affect any unrelated existing court-ordered deadlines in this case. No trial date or scheduling order has been entered for this case, and the parties have not submitted a proposed case schedule to the Court.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct. Executed in Hillsborough, California on July 9, 2026.

_/s/ James D. Judah_
James D. Judah

DECLARATION OF JAMES D. JUDAH
Case No. 3:26-cv-03360-JD