# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,

    Plaintiffs,

    v.

WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),

    Defendant.

Case No. 3:26-cv-03360-JD

**[PROPOSED] ORDER SEALING DEFENDANT'S INFORMATION**

Judge: Hon. James Donato

Date Filed: April 21, 2026

Trial Date: None Set

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Administrative Motion to Consider Whether Defendant's Materials Should be Sealed, ECF 51, and the Declaration of James D. Judah in Response to Plaintiffs' Administrative Motion to Consider Whether Defendant's Materials Should Be Sealed, ECF 53.

The Court finds that compelling reasons support the sealing of the portions of the documents specified in this Order. The Court's ruling on the sealing request is set forth in the table below:

| Document | Information Sought to be Sealed | Proffered Reason for Sealing | Ruling |
|---|---|---|---|
| Plaintiffs' Opposition to Defendant's Motion to Compel Arbitration and Stay Case | Redacted portions on pages 4, 5, 7, 14, and 15, as indicated in yellow highlighting in the version filed under seal (ECF 51-2). | Contains confidential, non-public, and competitively sensitive information related to World Liberty's contractual terms. | |

**IT IS SO ORDERED.**

DATED: _____        _____

The Honorable James Donato
United States District Judge

[PROPOSED] ORDER SEALING DEFENDANT'S INFORMATION
Case No. 3:26-cv-03360-JD