# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Case No. 3:26-cv-03360-JD<br><br>**DECLARATION OF COREY CAPLAN IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |

I, Corey Caplan, declare as follows:

1.    I am the Chief Technology Officer ("CTO") of World Liberty Financial LLC ("World Liberty").  I submit this affidavit on behalf of World Liberty in support of World Liberty's Reply in Support of Motion to Compel Arbitration and Stay Case (the "Motion"), against Yuchen (Justin) Sun, Black Anthem Limited, and Blue Anthem Limited (collectively, "Plaintiffs").

2.    I previously submitted a declaration in support of World Liberty's Motion to Compel Arbitration and Stay Case.  ECF No. 40-6 (the "First Caplan Declaration").

3.    In the First Caplan Declaration, I explained that Blue Anthem assented to the World Liberty Terms of Sale and the Token Unlock Agreement.  I attached true and correct copies of those agreements to the First Caplan Declaration.  ECF Nos. 40-7, 40-8.

4.    For the avoidance of doubt, based on records available to me and my familiarity with the World Liberty Terms of Sale and the Token Unlock Agreement (and the process for users to assent to those agreements), the versions of the World Liberty Terms of Sale and the Token Unlock Agreement attached to the First Caplan Declaration, ECF Nos. 40-7, 40-8, were the versions of those agreements in place each time Blue Anthem assented to those agreements.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 28, 2026.

/s/ Corey Caplan
Corey Caplan

-1-
DECLARATION OF COREY CAPLAN ISO DEFENDANT'S REPLY ISO MOTION TO COMPEL ARBITRATION
Case No. 3:26-cv-03360-JD