QUINN EMANUEL URQUHART & SULLIVAN LLP
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:     (415) 875-6600
Fax:     (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:     (202) 538-8000
Fax:     (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:     (212) 849-7000
Fax:     (212) 849-7100

*Attorneys for Defendant World Liberty Financial LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>V.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Civil Action No. 3:26-cv-3360-JD<br><br>**DEFENDANT WORLD LIBERTY FINANCIAL LLC'S NOTICE OF NEWER PRACTITIONER PARTICIPATION IN ORAL ARGUMENT**<br><br>Date:   August 20, 2026<br>Time:   10:00 a.m.<br>Courtroom: 11<br><br>The Honorable James Donato<br><br>Trial Date: Not Set |

13437-00001/18491546.1

Oral argument on Defendant World Liberty Financial, LLC's Motion to Compel Arbitration and Stay Case, ECF No. 40, is currently set for August 20, 2026 at 10:00 AM.  In accordance with paragraph 13 of the Court's Standing Order for Civil Cases Before Judge James Donato, World Liberty writes to inform the Court that, with the Court's permission, World Liberty anticipates that it will divide the argument on this motion and that Sam Cleveland, an attorney with six years or fewer of experience, and who has already been admitted *pro hac vice* in this matter, will handle a portion of the argument.

DATED: July 29, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By   */s/ James D. Judah*
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6600
Fax:    (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:    (202) 538-8000
Fax:    (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:    (212) 849-7000
Fax:    (212) 849-7100

*Attorneys for Defendant World Liberty Financial LLC*

Civil Action No. 3:26-cv-3360-JD
DEFENDANT'S NOTICE OF NEWER PRACTITIONER PARTICIPATION IN ORAL ARGUMENT