**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:    (415) 875-6600
Fax:    (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel:    (202) 538-8000
Fax:    (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel:    (212) 849-7000
Fax:    (212) 849-7100

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Case No. 3:26-cv-03360-JD<br><br>**DECLARATION OF JAMES JUDAH IN SUPPORT OF DEFENDANT WORLD LIBERTY LLC'S COMBINED ADMINISTRATIVE MOTION TO SEAL FOR REQUESTS WHERE SEALING IS OPPOSED**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |

DECLARATION OF JAMES JUDAH ISO DEFENDANT'S COMBINED ADMINISTRATIVE MOTION TO SEAL
Case No. 3:26-cv-03360-JD

I, James Judah, declare as follows:

1.      I am a member of the bar of the State of California and an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant World Liberty Financial LLC ("World Liberty") in this action.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      Pursuant to Civil Local Rule 79-5, I submit this declaration in support of Defendant World Liberty's Combined Administrative Motion to Seal for Requests Where Sealing is Opposed ("Combined Motion to Seal") for documents relating to World Liberty's Motion to Compel Arbitration and Stay Case (ECF 40) ("Motion to Compel and Stay Case"), which Plaintiffs oppose. *See* ECF No. 59.  Specifically, World Liberty requests sealing of all of Exhibit 1 to the Alper Declaration in Support of the Motion to Compel and Stay Case (ECF No. 40-2), the Token Purchase Agreement ("TPA"), and all of Exhibit 2 to the Alper Declaration (ECF No. 40-3), the Advisor Token Agreement ("ATA").

3.      Courts generally apply a compelling reasons standard when considering motions to seal documents.  *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

4.      Based on my review, there are compelling reasons to seal the two contracts identified in the below table, which include World Liberty's sensitive business information contained within agreements with broad confidentiality provisions entered into between the parties.

5.      In making this request, World Liberty has carefully considered the relevant legal standard and the policy considerations outlined in the Northern District of California's Civil Local Rule 79-5.  World Liberty makes this request with the good faith belief that the information sought to be sealed contains confidential, sensitive business information of World Liberty.  The public disclosure of confidential, sensitive business information in the documents poses significant risks to the World Liberty's commercial and competitive standing, including allowing competitors to gain insight into World Liberty's contractual practices, preferences, and strategy.  Disclosing this information will also harm World Liberty's leverage in future negotiations with business partners and investors.

DECLARATION OF JAMES JUDAH ISO DEFENDANT'S COMBINED ADMINISTRATIVE MOTION TO SEAL
Case No. 3:26-cv-03360-JD

13437-00001/18553193.1

6.     The proposed redactions include information such as the terms, conditions, purpose, and subject matters of certain agreements entered into between the parties that include specific financial terms World Liberty negotiated with Blue Anthem Limited, including terms governing the purchase and grant of $WLFI tokens, the consideration paid, terms of the advisory services provided, and other confidential terms.  Disclosure to the public would give World Liberty's counterparties a roadmap to demand identical or more favorable terms, directly undermining World Liberty's negotiating position.

7.     The agreements contain confidential business information that the contracting parties would not otherwise disclose publicly.  Disclosure of these terms would harm World Liberty's ongoing token sale negotiations, relationships with existing investors who negotiated similar terms under confidentiality, and its ability to enforce confidentiality obligations against other counterparties.

8.     World Liberty's request is narrowly limited to confidential contract terms, which constitute "the truly sensitive information in [the] document," pursuant to Civil Local Rule 79-5(a). There is no less restrictive alternative available than permitting this limited information to be filed under seal.  Therefore, World Liberty request that the Court seal the following filings:

| World Liberty's Requests To Seal That Are Opposed | | | |
|---|---|---|---|
| ECF No. | Document | Information Sought to be Sealed | Proffered Reason for Sealing |
| 40-2 | Exhibit 1 to the Alper Declaration (TPA) | Entire document. Attached hereto as **Exhibit 1** and previously filed under seal at ECF No. 43-5. | Contains confidential, non-public, and competitively sensitive information related to World Liberty's contractual terms. |
| 40-3 | Exhibit 2 to the Alper Declaration (ATA) | Entire document. Attached hereto as **Exhibit 2** and previously filed under seal at ECF No. 43-6. | Contains confidential, non-public, and competitively sensitive information related to World Liberty's contractual terms. |

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.

13437-00001/18553193.1

Executed in Hillsborough, California on August 11, 2026.


                              */s/   James D. Judah*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:     (415) 875-6600
Fax:     (415) 875-6700

DECLARATION OF JAMES JUDAH ISO DEFENDANT'S COMBINED ADMINISTRATIVE MOTION TO SEAL
Case No. 3:26-cv-03360-JD

13437-00001/18553193.1