# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Case No. 3:26-cv-03360-JD<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |

13437-00001/18553194.1

**[PROPOSED] ORDER**

Before the Court is Defendant World Liberty LLC's Combined Administrative Motion to File Under Seal ("Combined Motion to Seal") confidential contracts relating to World Liberty's Motion to Compel Arbitration and Stay Case (ECF No. 40) ("Motion to Compel and Stay Case"). *See* ECF No. 59. Specifically, World Liberty seeks to seal all of Exhibit 1 to the Alper Declaration in support of the Motion to Compel and Stay Case (ECF No. 40-4), the Token Purchase Agreement ("TPA"), and all of Exhibit 2 to the Alper Declaration (ECF No. 40-3), the Advisor Token Agreement ("ATA"). Plaintiffs oppose sealing of these confidential contracts.

The Court finds that compelling reasons support the sealing of these contracts and hereby orders that the information detailed in the table below be sealed on the Court's docket.

| World Liberty's Requests To Seal That Are Opposed | | | | |
|---|---|---|---|---|
| **ECF No.** | **Document** | **Information Sought to be Sealed** | **Proffered Reason for Sealing** | **Ruling** |
| 40-2[1] | Exhibit 1 to the Alper Declaration (TPA) | Entire document | Contains confidential, non-public, and competitively sensitive information related to World Liberty's contractual terms. | |
| 40-3[2] | Exhibit 2 to the Alper Declaration (ATA) | Entire document | Contains confidential, non-public, and competitively sensitive information related to World Liberty's contractual terms. | |

**IT IS SO ORDERED.**

DATED: _____          _____

The Honorable James Donato
United States District Judge

---

[1]  Sealed version at ECF No. 43-5, and attached to this Motion as **Exhibit 1**.

[2]  Sealed version at ECF No. 43-6, and attached to this Motion as **Exhibit 2**.

-1-

13437-00001/18553194.1