# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 20, 2026 Judge: Hon. James Donato

Time: 22 Minutes

Case No. **3:26-cv-03360-JD**
Case Name **Sun et al v. World Liberty Financial LLC**

Attorney(s) for Plaintiff(s): Steven Ragland/Edward Moss/Samson Enzer/Gayatri Paranjape
Attorney(s) for Defendant(s): James Judah/Sam Cleveland

Deputy Clerk: Lisa R. Clark Court Reporter: Marla Knox

PROCEEDINGS

Motion Hearing -- Held

NOTES AND ORDERS

For the motion to compel arbitration, Dkt. No. 40, lead counsel for each side are directed to meet and confer in-person to identify the claims subject to arbitration. The parties will jointly file by August 27, 2026, a statement listing the claims to be sent to arbitration.