**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant World Liberty Financial LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Case No. 3:26-cv-03360-JD<br><br>**DEFENDANT'S SUPPLEMENTAL FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)(2) DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15(b)(3) CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |

Pursuant to Fed. R. Civ. P. 7.1(a)(2) and Civil L.R. 3-15(b)(3), the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Individual/Entity | Citizenship of Individual/Entity |
|---|---|
| World Liberty Financial LLC | Delaware, Florida, Puerto Rico, United Arab Emirates |
| WLF Holdco LLC | Delaware, Florida, Puerto Rico, United Arab Emirates |
| DT Marks DeFi LLC | Delaware, Florida |
| DT Marks DeFi Member Corp | Delaware |
| DTTM Operations LLC | Delaware, Florida |
| DTTM Operations Managing Member Corp | Delaware |
| DJT Holdings LLC | Florida |
| DJT Holdings Managing Member LLC | Florida |
| The Donald J. Trump Revocable Trust | Florida |
| DJT Jr DeFi LLC | Florida |
| The Donald J. Trump, Jr. Revocable Trust | Florida |
| ET DeFi LLC | Florida |
| The Eric F. Trump Revocable Trust | Florida |
| BWT DeFi LLC | Florida |
| Barron Trump | Florida |
| WC Digital Fi LLC | Florida |
| AZA Digital Finance LLC | Florida |
| Zachary Witkoff | Florida |
| Alexander Witkoff | Florida |
| AMGUS, LLC | Puerto Rico |
| Zachary Folkman | Puerto Rico |
| Aryam Investment 1 SPV RSC (DE) LLC | United Arab Emirates |
| Aryam Investment 1 SPV RSC Ltd. | United Arab Emirates |

Dated: August 26, 2026

*/s/ James D. Judah*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant World Liberty Financial LLC*