**CAHILL GORDON & REINDEL LLP**
SAMSON A. ENZER (admitted *pro hac vice*)
senzer@cahill.com
HERBERT S. WASHER (admitted *pro hac vice*)
hwasher@cahill.com
EDWARD N. MOSS (admitted *pro hac vice*)
emoss@cahill.com
JOHN S. MACGREGOR - # 304330
jmacgregor@cahill.com
32 Old Slip
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
STEVEN P. RAGLAND - # 221076
sragland@keker.com
BROOK DOOLEY - # 230423
bdooley@keker.com
GAYATRI V. PARANJAPE - # 345933
gparanjape@keker.com
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

CAHILL GORDON & REINDEL LLP
GREGORY STRONG (admitted *pro hac vice*)
gstrong@cahill.com
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Telephone: (302) 884-0001

Attorneys for Plaintiffs YUCHEN "JUSTIN" SUN, BLUE ANTHEM LIMITED, and BLACK ANTHEM LIMITED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,

Plaintiffs,

v.

WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),

Defendant.

Case No. 26-cv-3360

**DECLARATION OF EDWARD N. MOSS IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS**

Judge: Hon. James Donato

Hearing Date: December 10, 2026
Hearing Time: 10:00 AM

Trial Date: None set

I, Edward N. Moss, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted *pro hac vice* in the above-captioned action and licensed in the State of New York. I am a partner with the law firm of Cahill Gordon & Reindel LLP ("Cahill"), counsel for Plaintiffs Yuchen "Justin" Sun, Blue Anthem Limited, and Black Anthem Limited (collectively, "Plaintiffs") in the above-captioned action. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of proceedings held in this action on August 20, 2026, concerning the motion to compel arbitration filed by Defendant World Liberty Financial LLC (f/k/a World Liberty Financial, Inc.) ("World Liberty").

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email dated August 24, 2026, from Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn"), counsel for World Liberty in this action, to counsel for Plaintiffs, with the attachment thereto.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Plaintiffs' First Set of Interrogatories to Defendant, served on September 2, 2026, with the exhibit thereto.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' First Set of Requests for Production of Documents to Defendant, served on September 2, 2026.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiffs' Notice of Deposition Under Rule 30(b)(6), served on September 2, 2026.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email dated September 11, 2026, from Quinn to counsel for Plaintiffs.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an email dated October 2, 2026, from Quinn to counsel for Plaintiffs, without the attachment thereto.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Interrogatories, served on September 17, 2026.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Production, served on September 17, 2026.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' Notice of Deposition Under Rule 30(b)(6), served on September 17, 2026.

12. In opposing World Liberty's motion to compel arbitration, Plaintiffs incurred hundreds of thousands of dollars in attorneys' fees. However, on this application, they are seeking reimbursement for only a portion of those fees: $263,821.20.

13. These fees were incurred only by the core team at Cahill working on opposing the motion: Andrew Amend, Kayla Gebhardt, Zachary Zajdel, and myself. I am a partner in Cahill's New York office, where I chair the firm's Antitrust Litigation practice group and co-chair the Commercial Litigation practice group. I have practiced law for 23 years. Andrew Amend is a counsel at Cahill with 18 years of experience practicing law. Kayla Gebhardt and Zachary Zajdel are litigation associates at Cahill with five and three years of experience, respectively.

14. Plaintiffs are seeking reimbursement of fees incurred by only these four attorneys for only the following tasks related to World Liberty's motion to compel arbitration: (i) conducting legal research on the issues raised by the motion and addressed in Plaintiffs' opposition; (ii) drafting Plaintiffs' opposition, filed on July 14, 2026 (ECF No. 49); (iii) analyzing World Liberty's reply, filed on July 28, 2026 (ECF No. 55); and (iv) preparing for the August 20, 2026 hearing, at which I presented oral argument.

15. Plaintiffs incurred a total of $263,821.20 in fees in connection with all four attorneys' work on these tasks.

16. That number is underinclusive in several respects. Plaintiffs seek fees solely for the work performed by the four attorneys identified above, and not for any work performed by others at Cahill or any lawyers at Plaintiffs' co-counsel Keker, Van Nest & Peters LLP. Plaintiffs do not seek fees for the parties' post-hearing meet-and-confers, jurisdictional discovery, or the preparation of this motion—though Plaintiffs would not have incurred those fees had World Liberty's Initial Disclosure accurately disclosed its citizenship. Finally, the fees calculated above include only time entries that (i) featured some form of the words "motion to compel" or "arbitration" and (ii) were dedicated entirely to the arbitration motion and no other tasks.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2026

/s/ *Edward N. Moss*
EDWARD N. MOSS