**QUINN EMANUEL URQUHART & SULLIVAN LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Civil Action No. 3:26-cv-3360-JD<br><br>**DEFENDANT WORLD LIBERTY LLC'S RESPONSE TO ADMINISTRATIVE MOTION TO SEAL [ECF NO. 71]**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |

Pursuant to Civil Local Rule 79-5(f)(3), Defendant World Liberty Financial LLC ("World Liberty") does not request that any document be filed under seal in response to Plaintiffs' Administrative Motion to Consider Whether Defendant's Materials Should Be Sealed (ECF No. 71) (the "Sealing Motion"). On November 2, 2026, Plaintiffs filed their Notice of Motion and Motion for Sanctions (ECF No. 70) (the "Sanctions Motion") and provisionally filed under seal Exhibits 8, 9, and 10 to the Declaration of Edward N. Moss in support of that motion (ECF No. 70-2). World Liberty does not seek to have any portion of those exhibits maintained under seal and does not oppose them being publicly filed.

DATED: November 9, 2026

Respectfully submitted,

By: /s/ *James D. Judah*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant*