# EXHIBIT 1

**Articles of Conversion**
For
**"Other Business Entity"**
Into
**Florida Limited Liability Company**

The Articles of Conversion **and attached Articles of Organization** are submitted to convert the following **"Other Business Entity" into a Florida Limited Liability Company** in accordance with s.605.1045, Florida Statutes.

1. The name of the "Other Business Entity" immediately prior to the filing of the Articles of Conversion is:
World Liberty Financial, Inc.
(Enter Name of Other Business Entity)

2. The "Other Business Entity" is a Delaware non-stock corporation
(Enter entity type. Example: corporation, limited partnership, general partnership, common law or business trust, etc.)

First organized, formed or incorporated under the laws of Delaware
(Enter state, or if a non-U.S. entity, the name of the country)

on September 3, 2024.
(date of organization, formation or incorporation)

3. The name of the Florida Limited Liability Company as set forth in the **attached Articles of Organization:**
World Liberty Financial LLC
(Enter Name of Florida Limited Liability Company)

4. If not effective on the date of filing, enter the effective date:____________.
**(The effective date: Cannot be prior to date of receipt or filed date nor more than 90 calendar days after the date this document is filed by the Florida Department of State.)**
Note: If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

5. The plan of conversion has been approved in accordance with all applicable statutes.

6. The "Converted or Other Business Entity" has agreed to pay any members having appraisal rights the amount to which such members are entitled under ss. 605.1006 and 605.1061-605.1072, F.S.

TALLAHASSEE, FL 2024 ... PM 4:37

Signed this 7th day of January 20 26 .

**Signature of Authorized Representative of Limited Liability Company:**

Signature of Authorized Representative: ______________________
Printed Name: Scott Alper Title: Authorized Person

**Signature(s) on behalf of Other Business Entity: [See below for required signature(s)]**

Signature: ______________________
Printed Name: Scott Alper Title: Authorized Person

Signature: ______________________
Printed Name: ______________________ Title: ______________________

Signature: ______________________
Printed Name: ______________________ Title: ______________________

Signature: ______________________
Printed Name: ______________________ Title: ______________________

Signature: ______________________
Printed Name: ______________________ Title: ______________________

Signature: ______________________
Printed Name: ______________________ Title: ______________________

TALLAHASSEE, FL
PM 4:37

**If Florida Corporation:**
Signature of Chairman, Vice Chairman, Director, or Officer.
If Directors or Officers have not been selected, an Incorporator must sign.

**If Florida General Partnership or Limited Liability Partnership:**
Signature of one General Partner.

**If Florida Limited Partnership or Limited Liability Limited Partnership:**
Signatures of **ALL** General Partners.

**All others:**
Signature of an authorized person.

Fees:

| | |
|---|---|
| Articles of Conversion: | $25.00 |
| Fees for Florida Articles of Organization: | $125.00 |
| Certified Copy: | $30.00 (Optional) |
| Certificate of Status: | $5.00 (Optional) |