# EXHIBIT 2

**From:** Sam Cleveland
**Sent:** Wednesday, August 26, 2026 10:37 AM
**To:** Gebhardt, Kayla; 'Gayatri V. Paranjape'; MacGregor, John S.; Enzer, Samson; Moss, Edward; Washer, Herbert S.; Strong, Gregory; Robert Van Nest; Brook Dooley; Steven Ragland; Amend, Andrew
**Cc:** William Burck; Rajat Rana; James Judah; Zachary Furcolo
**Subject:** Sun v. World Liberty Financial LLC, No. 26-cv-3360-JD (N.D. Cal.)
**Attachments:** 2026.08.26 World Liberty Supplemental FRCP 7.1 Disclosure and LR 3-15 Certification.pdf

Counsel,

We recently became aware of additional information relevant to World Liberty's citizenship that requires a supplementation of its Rule 7.1 Disclosure Statement and Civil Local Rule 3-15 Certification (ECF No. 42). We will be filing a supplemental certification later today. A courtesy copy of that supplementation is attached.

As reflected in the supplemental certification, World Liberty is (and was, as of the date of the filing of the Complaint) a citizen of, *inter alia*, the United Arab Emirates. Because the sole alleged basis for federal jurisdiction in the Complaint is diversity jurisdiction under 28 U.S.C. § 1332, World Liberty's UAE citizenship is jurisdictionally relevant. Diversity jurisdiction requires complete diversity between the parties, and this requirement extends equally to citizenship of a foreign state. *Faysound Ltd. v. United Coconut Chemicals, Inc.*, 878 F.2d 290, 294 (9th Cir. 1989) (where an alien plaintiff sues an alien defendant alongside a citizen-defendant, "there is no jurisdiction at all"). Here, however, complete diversity is lacking because Plaintiffs' citizenship for diversity purposes is foreign, and World Liberty is also a foreign citizen (in addition to its domestic citizenships). *See Grupo Dataflux v. Atlas Global Group, L.P.*, 541 U.S. 567, 569 (2004) (dismissing for lack of complete diversity where an entity was, through its members, a citizen of two U.S. states and Mexico, and the opposing party was also Mexican, because "aliens were on both sides of the case"). Accordingly, this Court lacks subject matter jurisdiction over this action.

We would like to meet and confer on this issue to discuss Plaintiffs' position on the appropriate next steps. We are available to do so either at this afternoon's in-person meet and confer, or at your earliest convenience thereafter, including on Thursday and Friday.

Thanks,
Sam

**Sam Cleveland**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 Fifth Avenue
New York, NY 10016
262-957-6543 Mobile
samcleveland@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant World Liberty Financial LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,

Plaintiffs,

vs.

WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),

Defendant.

Case No. 3:26-cv-03360-JD

**DEFENDANT'S SUPPLEMENTAL FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)(2) DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15(b)(3) CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Judge: Hon. James Donato

Date Filed: April 21, 2026

Trial Date: None Set

Pursuant to Fed. R. Civ. P. 7.1(a)(2) and Civil L.R. 3-15(b)(3), the undersigned certifies that as of this date, the citizenship of the following individuals or entities is attributed to the party submitting this certification:

| Individual/Entity | Citizenship of Individual/Entity |
|---|---|
| World Liberty Financial LLC | Delaware, Florida, Puerto Rico, United Arab Emirates |
| WLF Holdco LLC | Delaware, Florida, Puerto Rico, United Arab Emirates |
| DT Marks DeFi LLC | Delaware, Florida |
| DT Marks DeFi Member Corp | Delaware |
| DTTM Operations LLC | Delaware, Florida |
| DTTM Operations Managing Member Corp | Delaware |
| DJT Holdings LLC | Florida |
| DJT Holdings Managing Member LLC | Florida |
| The Donald J. Trump Revocable Trust | Florida |
| DJT Jr DeFi LLC | Florida |
| The Donald J. Trump, Jr. Revocable Trust | Florida |
| ET DeFi LLC | Florida |
| The Eric F. Trump Revocable Trust | Florida |
| BWT DeFi LLC | Florida |
| Barron Trump | Florida |
| WC Digital Fi LLC | Florida |
| AZA Digital Finance LLC | Florida |
| Zachary Witkoff | Florida |
| Alexander Witkoff | Florida |
| AMGUS, LLC | Puerto Rico |
| Zachary Folkman | Puerto Rico |
| Aryam Investment 1 SPV RSC (DE) LLC | United Arab Emirates |
| Aryam Investment 1 SPV RSC Ltd. | United Arab Emirates |

Dated: August 26, 2026

*/s/ James D. Judah*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
James D. Judah (Bar No. 257112)
jamesjudah@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

William A. Burck (admitted *pro hac vice*)
williamburck@quinnemanuel.com
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100

Rajat Rana (admitted *pro hac vice*)
Sam Cleveland (admitted *pro hac vice*)
rajatrana@quinnemanuel.com
samcleveland@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendant World Liberty Financial LLC*