# EXHIBIT 4

**From:** Sam Cleveland
**Sent:** Thursday, August 27, 2026 1:51 PM
**To:** Gayatri V. Paranjape; James Judah
**Cc:** Brook Dooley; Steven Ragland; Leah M. Samuel; Enzer, Samson; Moss, Edward; MacGregor, John S.; William Burck; Rajat Rana
**Subject:** RE: Sun v. WLFI Stipulation

Gayatri,

Thanks for putting together this stipulation. We agree to it, and you may apply James Judah's signature and file.

Thanks,
Sam

---

**From:** Gayatri V. Paranjape <GParanjape@keker.com>
**Sent:** Thursday, August 27, 2026 8:27 AM
**To:** James Judah <jamesjudah@quinnemanuel.com>; Sam Cleveland <samcleveland@quinnemanuel.com>
**Cc:** Brook Dooley <BDooley@keker.com>; Steven Ragland <SRagland@keker.com>; Leah M. Samuel <LSamuel@keker.com>; Enzer, Samson <senzer@cahill.com>; Moss, Edward <emoss@cahill.com>; MacGregor, John S. <jmacgregor@cahill.com>
**Subject:** Sun v. WLFI Stipulation

**[EXTERNAL EMAIL from gparanjape@keker.com]**

---

Counsel,

Attached please find the stipulation we discussed at yesterday's meet and confer.

Thanks,

Gayatri

**Gayatri V. Paranjape**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8863 direct | 415 391 5400 main
gparanjape@keker.com