**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,

Plaintiffs,

v.

WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),

Defendant.

Case No. 3:26-cv-03360-JD

**DECLARATION OF WILLIAM A. BURCK IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**

Judge: Hon. James Donato

Date Filed: April 21, 2026

Trial Date: None Set

I, William A. Burck, declare as follows:

1. I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorney for Defendant World Liberty Financial LLC ("World Liberty") in the above matter. I make this declaration based on my personal knowledge. If called and sworn as a witness, I could and would competently testify as to the facts set forth in this Declaration.

2. I filed an Application for Admission of Attorney Pro Hac Vice ("Pro Hac Vice Application") in the above matter on April 29, 2026. ECF No 23. The Court granted my Pro Hac Vice Application on May 1, 2026. ECF No. 28.

3. On June 2, 2026, World Liberty filed its Federal Rule of Civil Procedure 7.1 Disclosure Statement and Civil Local Rule 3-15 Certification of Interested Entities or Persons (the "Initial Disclosure"). ECF No. 42.

4. At that time, I was not aware that World Liberty had foreign citizenship for the purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2026.

*/s/ William A. Burck*
William A. Burck

**ECF ATTESTATION**

I, James D. Judah, hereby attest pursuant to Civil Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 16, 2026

By *__/s/ James D. Judah__*
James D. Judah