**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),<br><br>Defendant. | Case No. 3:26-cv-03360-JD<br><br>**DECLARATION OF RAJAT RANA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>Judge: Hon. James Donato<br><br>Date Filed: April 21, 2026<br><br>Trial Date: None Set |



13437-00001/18955567.1

I, Rajat Rana, declare as follows:

1. I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorney for Defendant World Liberty Financial LLC ("World Liberty") in the above matter. I make this declaration based on my personal knowledge. If called and sworn as a witness, I could and would competently testify as to the facts set forth in this Declaration.

2. I filed an Application for Admission of Attorney Pro Hac Vice ("Pro Hac Vice Application") in the above matter on April 29, 2026. ECF No 24. The Court granted my Pro Hac Vice Application on May 1, 2026. ECF No. 29.

3. On June 2, 2026, World Liberty filed its Federal Rule of Civil Procedure 7.1 Disclosure Statement and Civil Local Rule 3-15 Certification of Interested Entities or Persons (the "Initial Disclosure"). ECF No. 42.

4. At that time, I was not aware that World Liberty had foreign citizenship for the purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 16, 2026.

*/s/ Rajat Rana*
Rajat Rana

## ECF ATTESTATION

I, James D. Judah, hereby attest pursuant to Civil Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 16, 2026

By *<u>/s/ James D. Judah</u>*
James D. Judah