**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

YUCHEN "JUSTIN" SUN; BLUE ANTHEM LIMITED; and BLACK ANTHEM LIMITED,

Plaintiffs,

v.

WORLD LIBERTY FINANCIAL LLC (f/k/a WORLD LIBERTY FINANCIAL, INC.),

Defendant.

Case No. 3:26-cv-03360-JD

**DECLARATION OF ISAAC SHAPIRO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**

Judge: Hon. James Donato

Date Filed: April 21, 2026

Trial Date: None Set

I, Isaac Shapiro, declare as follows:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorney for Defendant World Liberty Financial LLC ("World Liberty") in the above matter. I make this declaration based on my personal knowledge. If called and sworn as a witness, I could and would competently testify as to the facts set forth in this Declaration.

2. On June 2, 2026, World Liberty filed its Federal Rule of Civil Procedure 7.1 Disclosure Statement and Civil Local Rule 3-15 Certification of Interested Entities or Persons (the "Initial Disclosure"). ECF No. 42.

3. At that time, I was not aware that World Liberty had foreign citizenship for the purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2026.

*/s/ Isaac Shapiro*
Isaac Shapiro

## ECF ATTESTATION

I, James D. Judah, hereby attest pursuant to Civil Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: November 16, 2026

By *<u>/s/ James D. Judah</u>*
James D. Judah